# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| **Case No.** | 2:18-cr-00354-DSF-11 | **Date** | April 5, 2019 |
| **Title** | United States of America v. Oscar Chavez Cazares | | |

**Present: The Honorable** John D. Early

| Deputy Clerk: | Court Reporter / Recorder: |
|---|---|
| Maria Barr | n/a |

| Attorney(s) Present for Plaintiff: | Attorney(s) Present for Defendant: |
|---|---|
| Daniel Lim | Patrick William McLaughlin |
| Assistant U.S. Attorney | CJA Panel |

**Proceedings:** (In Chambers) Order After Hearing Under 18 U.S.C. § 3148(b)

Defendant Oscar Chavez Cazares ("Defendant"), represented by counsel, appeared after being taken into custody on an arrest warrant on a petition alleging violations of the terms and conditions of his pretrial release ("Petition"). The Court conducted a hearing on the alleged violations.

After considering the Petition, the Pretrial Services ("PTS") Recommendation, and the argument of counsel, the Court finds that Defendant's departure from his home on October 5, 2018, without prior notification to PTS to make an appearance in state court on preexisting state charges constitutes a technical violation of the conditions of his release. However, the Court further finds, taking into account the nature of the violation, the existing conditions, including the existing residence restriction and location monitoring, reasonably assure the safety of any person and the community and reasonably assure the appearance of the Defendant as required. The Court also does not find that Defendant is unlikely to abide by any condition. See 18 U.S.C. § 3148(b)(2).

As a result, the Court reinstates the prior release order with the same conditions. Defendant shall be released to PTS for the purposes of re-affixing the location monitoring equipment. All other conditions remain in effect.

Initials of Clerk: mba